**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| United States of America | **Plaintiff** |
| v.    Case No.: 4:18–cr–00331–DPM | |
| Zina Marie Lambert | **Defendant** |

## NOTICE OF VIDEO HEARING

    PLEASE take notice that a Change of Plea (Video) has been set by videoconference in this case for August 19, 2022, at 01:30 PM before Chief Judge D. P. Marshall Jr. in Little Rock Courtroom # 1A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas. Parties must submit all video exhibits in advance of the proceeding.

**DATE:** August 1, 2022            AT THE DIRECTION OF THE COURT
                                                              TAMMY H. DOWNS, CLERK

                                                            **By:** Sherri L. Black, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas